UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

           v.              Civil No. 10-mc-88-JL

<u>Michael J. Lavery</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 18, 2011, no objection having been filed, for the reasons set forth therein.

SO ORDERED.

February 8, 2011                <u>/s/ Joseph N. Laplante</u>
                                          Joseph N. Laplante
                                          United States District Judge

cc:    Michael T. McCormack, AUSA
        Michael Lavery, pro se